United States District Court
For The

Southern District Of Mississippi

Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 17 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Abel J. Dedeaux
PLANTIFF(S)

-V-

Hancock County / City Bay St. Louis Ms.

Chief Anthony Gambino

Sheriff Ricky Adams

Sgt. J. Nelson H50

Jindal Tubular USA LLC
DEFENDANT(S)

Case No. 1:24 cv 14 TBM-RPM

Jury Trial: ☑ Yes

Complaint For Violation Of Civil Rights
(Non-Prisoner Complaint)

I.    THE PARTIES TO THIS COMPLAINT

A. THE PLANTIFF(S)

ABEL J. DEDEAUX
19106 CRESTWICK ST.
SAUCIER, Ms. 39574
HARRISON COUNTY
(228) 918-1234
Mr.P3legacy@gmail.com

B. THE DEFENDANT(S)

Defendant No.1 - Hancock County / City Bay St. Louis Ms.
☒ Official Capacity    8450 U.S. Hwy 90          688 Hwy 90
                       Bay St. Louis, Ms. 39520   Bay St. Louis, Ms. 39521
                       (228) 466-6900             (228) 466-9000
                       so2@hancock.ms.us.         www.baystlouis-ms.gov

Defendant No.2 - Chief Anthony Gambino
☒ Official Capacity    5000 Diamondhead Circle
                       Diamondhead, Ms. 39525
                       (228) 222-4626 Ext.1804
                       info agambino@diamondhead.ms.gov.

Defendant No.3 - Sheriff Ricky Adams
☒ Official Capacity    8450 Hwy 90
                       Bay St. Louis, Ms. 39520
                       (228) 466-6935
                       so2@hancock.ms.us.

Defendant No.4 - Deputy Sgt. J. Nelson #H50
☒ Individual & ☒ Official Capacity ☒ Both

Defendant No.5 - Jindal Tubular (employer) U.S.A LLC
☒ Individual & ☒ Official Capacity 13092 Seaplane Rd.
☒ Both                 Pearlington, Ms. / Bay St. Louis, Ms. 39520
                       (228) 533-7779
                       (713) 457-5757

DEFENDANT No. 4 ~~Individual~~ of Official Capacity

~~JINDAL TUBULAR~~ (Employer) Security Contract

13092 Seaplane Rd.

Pearlington, Ms.

II. BASIS for JURISDICTION

Under 42 U.S.C. §1983, you may sue state or local officials for the "deprivation of any rights, priviledges, or immunities secured by the Constitution and [federal laws]."

A. Plantiff is bringing suit against

☑ State or local officials (a §1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitutional and [federal laws]." 42 U.S.C. §1983. Federal constitutional or statutory right(s) plantiff claim is/are being violated by state or local officials;

- Civil Rights 5.3 - 42 U.S.C. §1983 Claims - Fourth Amendment & Fourteenth Amendment Claim - Private Person Alleging Unlawful Arrest, Unlawful Search Or Unlawful Terry Stop and Use of Excessive Force

- Civil Rights 5.11 - 42 U.S.C. §1983 Claims - Government Entity Liability for Failure to Train or Supervise

- Civil Rights 5.13 - U.S.C. §1983 Claims - Damages

- Civil Rights - U.S.C. §1983 Claims - Eight Amendment Claim - Maliciously and Sadistically Use of Excessive Force

## Supplemental State Claims

- Mississippi Tort Claims Act (MTCA)

- Assault/Battery

- Intentional Infliction of Emotional Distress

- Defamation Claim

C. Section 1983 allows defendants to be found liable only when they have acted "under color of any statue, ordinance, regulation, custom, or usuage, of any State or Territory or the District of Columbia." 42 U.S.C. §1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law.

Defendant(s) No. 1 – Mississippi Tort Claims Act

Defendant(s) No. 2 – Civil Rights 5.11 Failure To Train or Supervise

Defendant(s) No. 3 – Civil Rights 5.11 Failure To Train, Supervise, Intervene or Punish, Failure To Report

Defendant(s) No. 4 – Civil Rights 5.3 - 42 U.S.C. §1983 Claims Fourth & Fourteenth Amendment Unlawful Arrest, Unlawful Search or Unlawful Terry Stop; Use of Excessive Force; Eight Amendment Maliciously and Sadistically Use of Excessive Force; Ms. Code 97-3-7 (2020) Assault/Battery; Intentional Infliction of Emotional Distress, Defamation of character

Defendant(s) No. 5 – Civil Rights 5.13 - U.S.C. §1983 Claims - Damages, Failure To Investigate, Failure To Report, Failure To Punish, Defamation of Character

## III. Statement Of Claims

A. Place Incident Occurred (Employee's Parking Lot)

Jindal Tubular U.S.A LLC,
13092 Sea Plane Rd.
Bay St. Louis, Ms. 39520

B. Jan. 16, 2023 appr. 18:45

C. Underlining Facts Of Claim

Plantiff arrived at the above place at the approximate time listed and date to clock in for work. Plantiff was accompanied by his then girl-friend Ashley Sunday a.k.a. Karen Cooper and her friend Ms. Breaunna Stuart. Upon plantiff parking and exiting the vehicle to put on my work boots and allow my girlfriend into the driver seat to leave. Plantiff notice a golf cart pull up and a gentleman exit the golf cart. As the gentleman dressed as a law enforcement but presenting to be a security guard approached plantiff, i asked the gentleman "how are you doing?" The security replied stating "when you was heading into work, i was trailing behind you and i could smell the order of mariy-uanna coming from your vehicle." Plantiff then, informed the security he was indeed lying. Plantiff stated "there was a truck in front me who is my co-worker Nick and another vehicle was behind me. So how was you behind me coming in?" The security guard replied stating

"i was to the side and as your vehicle passed i could smell the order of marijuanna coming from it." The security guard stated "we not gone worry about it, just show me your i.d." Plantiff politely went to the driver door of his vehicle and retrieved his worker's i.d badge to present to the security. The security rejected plantiff's worker i.d badge and requested plantiff provide his state issued i.d. Plantiff told the security guard he had no right to request my i.d. cause i hadn't committed a crime, been suspected of a crime and he couldn't articulated a crime plantiff was suspected of and it was my right not to provide my i.d. The security guard stated "we can do this the easy way or the hard way." Plantiff referred to the security status & duties of employment to his reasoning for approaching the plantiff. The security guard informed plantiff, he was hired to secure/patrol the facility cause employee's were selling and using drug's during their break's. Plantiff then informed the security guard he needed to do the job he was hired for cause i'm not guilty of any of that and i wouldn't be late clocking in for work due to him. The security then stated "i'm also an off-duty sheriff deputy Sgt. Nelson and i'm placing you under arrest for failure to identify." Sgt. Nelson#H50 then attempted to unlawfully arrest the plantiff by the specific act of, grabbing plantiff wrist and trying to twist it behind my back. Acting in self-defense to being assaulted, plantiff extended his arm and yanked away with just enough needed force.

Plantiff then, asked Sgt. Nelson #H50 to please not put his hands on me cause he was indeed assaulting me. Sgt. Nelson #H50 again, grabbed plantiff by the wrist and put his right forearm under my chin applying pressure to my front throat area. In self defense, plantiff placed both hands under Sgt. Nelson #H50 forearm that was applying pressure to plantiff throat and shoved Sgt. Nelson onto the vehicle parked next to the plantiff personal vehicle where the incident transpired. Afterwards, Sgt. Nelson #H50 displayed his county equipment issued taser-gun and ordered plantiff on his knee's, cross his feet and place hand's on top my head. Plantiff informed Sgt. Nelson- #H50 plantiff has medical conditions and previous seurgeries, with medal screws in my ankle and leg. Plantiff informed Sgt. Nelson #H50, plantiff was no threat to him or anyone else, i'd done nothing wrong, i was placing my hands on the hood of my vehicle with my back to him, in assume the position while i send for my supervisor. Plantiff remained in assume the position hands on the hood of my vehicle with back turnt and non-aggressive. Sgt. Nelson #H50 kept yelling to the plantiff "get on your knee's and place your hands on your head with your leg's crossed." Plantiff never moved until i felt the prong's of the taser discharge into my back. Plantiff hand's immediately locked behind my leg's and i fell backwards wit all my weight crashing down. My middle finger of my left hand popped, right wrist, sholder, buttock and hand were all injured during the event of being

assaulted by Sgt. Nelson #H50 during this unlawful arrest. Sgt. Nelson ordered plantiff to roll on my stomach while still discharging voltage through my body. As i attempted to roll over but pain preventing me. Sgt. Nelson #H50 used his foot to roll plantiff onto his stomach and only then, stop the voltage from entering plantiff body. Plantiff was then cuffed and sat up-right on the pavement. Sgt. Nelson called the sheriff dept. from his personal cellphone requesting assistence. He then ordered plantiff girlfriend Ashley Sunday and her friend Breaunna Stuart out the vehicle and told them to stand to the side cause everyone was being detained at that moment. Plantiff supervisor's then, arrived at the scene of the incident. Superviser D. Antoine (currently employement) and Superviser J. Cospelich (former employee) both questioned the security about the event's leading up to plantiff being tased by Sgt. Nelson #H50. Sgt. Nelson begin telling his version of the incident. He begin lying, stating "plantiff was heading through the facility grounds with no-one else car but mine in the area when he detected an order of marijuanna coming from my vehicle, which, he then begin following me until i got parked." Plantiff informed both supervisor's the security was lying cause Nick was in front me and another vehicle was behind me. (driver unknown) Supervisor D. Antoine went to clarify plantiff statement. Upon supervisor D. Antoine

returning, he informed supervisor J. Cospelich and Sgt. Nelson #H50 plantiff co-worker Nick confirmed he was in front of me coming into the facility grounds. Sgt. Nelson #50 then tried defending his actions stating "the order was coming from this vehicle as it passed." Supervisor D. Antoine stated "it seems like you just singled his vehicle out. I will make sure all report's are done against you this time. You should've been gone when the last guy had to be hospitalized due to you tasing him after he told you he had heart problems." Sgt. Nelson #H50 remained quiet until Hancock County Sheriff Deputy Donigan #H123 arrived to assist. Sgt. Nelson #H50 placed plantiff in the back of deputy Donigan #H123 cruiser and then had a conversation with deputy Donigan #H123 about 5-7 ft. from the cruiser plantiff was illegally detained in. The window had about a four (4) in. crack in the back side where plantiff was sitting and could overhear deputy Donigan #H123 telling Sgt. Nelson #H50 "you told me you found marijuanna and he then resisted arrest." Sgt. Nelson #H50 replied "no, i said i smelt marijuanna and once i approached him to i.d him, he then resisted. Just writ your report just like that." Sgt. Nelson #H50 begin to illegally search plantiff vehicle. Breaunna Stuart was searched and found to be in possession of a meth-pipe in her jacket pocket, and was arrested for Drugs/Paraphernalia Poss and plantiff arrested for Disorderly Conduct/Resisting Arrest/Traffic Arrest.

Plantiff and the friend of girlfriend Breaunna Stuart was transported to the Hancock County Safety Complex (county jail) by deputy Donigan #H123. During transportation, plantiff spoke to deputy Donigan #H123 about the conversation plantiff heard between himself and Sgt. Nelson #H50. Plantiff informed deputy Donigan #H123 that, i heard Sgt. Nelson #H50 tell you to write your report and his the way he says things happened. I would strictly advise you not to, cause you weren't present and i will be filing charge's in this matter. Upon arriving at booking, plantiff and Breaunna Stuart were placed in holding cells awaiting Sgt. Nelson #H50 to arrive and bring his Incident/Arrest Report due to none being sent or wrote. Plantiff and Breaunna Stuart posted bond sometime after midnight. The following day Jan. 17, 2023 plantiff visited Ochsner Medical Center-Hancock County, to recieve medical attention for my injuries sustained during the assault and unlawful arrest by Sgt. Nelson #H50. Jan. 18, 2023 plantiff went to Bay St. Louis Police Dept. Ms. to file a written complaint against Sgt. Nelson #H50, to be investigated and charged with Assault/Battery. Upon completing the complaint and turning it in, the desk officer took my complaint, read over it, took a copy and then informed me to take my complaint to the Hancock County Sheriff Dept. Plantiff did as instructed and took my complaint to Hancock County Sheriff Dept, whereas, Sgt. Lick took my complaint, made a copy, and then wrote a contact number on my original complaint to check the status of my complaint in a three (3) week time frame. Before plantiff had a chance to pursue his complaint, Jan. 23, 2024 while plantiff was a tenant

at the Economy Inn 810 US-90, Bay St. Louis, Ms. 39520, plantiff was robbed and beaten severely at gunpoint by four suspects. In response to plantiff chasing two (2) of the suspects to their motel room and dragging them back outside to await the police, plantiff lost conscience and was hospitalized for around six (6) hours. Upon regaining consience plantiff awoke inside Ochsner Medical Center-Hancock County, and then the officer retrieved an investigator by the name Inv. Weir. The investigator questioned me about the incident leading to me being hospitalized. Plantiff informed inv. Weir, i had been robbed but would like to assert my fifth amendment right to remain silent due to not being able to think clearly from head trauma. Inv. Weir exited the room and an officer immediately entered and placed plantiff under arrest. Upon arriving at Hancock County Jail, plantiff was booked in for Burglary of Dwelling. Plantiff filed written complaint to Sheriff Ricky Adams about the status of his complaint and investigation into Sgt. Nelson #H50 but to no avail. Plantiff filed "Petition For Habeas Corpus In Preconviction and Criminal Affidavit against Sgt. Nelson #H50 on the 22nd, day of March, 2023 to no avail and again at the justice court in Hancock County on May 30, 2023 but was pursuaded by the court reporter and clerk i would need to wait until after June, 2023 to file my charges cause no judge would hear my case during a Sheriff election with the current sheriff being the favored for reelection. Plantiff is currently still charged in this matter with Disorderly Conduct and Resisting Arrest in Hancock County Justice Court.

## IV. INJURIES

Plantiff suffered permanent injury to his middle finger on his left hand; medical attention seeked by plantiff thus far, plantiff had x-ray, doctor opinion and referred to Orthopaedic Specialist, visited orthopaedic @ Bienville Gulfport, Ms on 01/02/24. for medical opinion determined plantiff suffered "Traumatic Rupture of Volar plate et Metacarpuphalangeal and interpholangeal joint, scheduled for MRI on 02/08/24 and follow up to orthopaedic specialist 02/09/24. Numbness and tingling in nerves of right^hand & arm, date to be set for a nerve specialist visit on 02/09/24. Mental and emotional anguish, lost of wages, Pain and Suffering, Defamation of character injuries.

## V. RELIEF

Plantiff seeks this Honorable Court, upon finding this his complaint to be presented in good faith and supported by evidence of the applicable state and federal laws, moves this court to award plantiff monetory relief in the sum of one million dollars ($1,000,000) for compensatory, actual and punitive damage's. Plantiff seeks punitive damages in the sum of five hundred thousand dollar's ($500,000) from Hancock County Ms, City of Bay St. Louis Ms, and their employee's while acting under color of law. Plantiff seeks five hundred thousand dollar's ($500,000) in compensatory damages from deputy Sgt J. Nelson #HSO.

Plaintiff seeks five hundred thousand dollar's ($500,000) in compensatory damages from Jindal Tubular U.S.A LLC.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

January 16, 2024

*Abel J. Dedeaux*

Abel J. Dedeaux

My Commission Expires

_____          _____
                                    NOTARY